# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2014

## NO. 03-12-00716-CR

**Courtney Trapp, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment adjudicating guilt entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment adjudicating guilt. Therefore, the Court affirms the trial court's judgment adjudicating guilt. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.